Dismissed and Memorandum Opinion filed February 9, 2006









Dismissed and Memorandum Opinion filed February 9,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00557-CV

____________

 

SHAWN FISCHER,
Appellant

 

V.

 

THE CITY OF BAYTOWN, TEXAS; ALLISON
FROEHLICH-SMITH; and BYRON JONES, Appellees

 



 

On Appeal from the
151st District Court

Harris County, Texas

Trial Court Cause
No.
02-54112

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order, signed February 25, 2005.

On February 2, 2006, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 9, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.